IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-11386
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JULIAN JERMAINE LEWIS,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:00-CR-161-1-H
--------------------
September 5, 2001

Before JOLLY, SMITH, and STEWART, Circuit Judges.

PER CURIAM:[*]

Julian Lewis appeals his conviction, based on a conditional guilty plea, for possession of a firearm by a convicted felon. While conceding that the investigatory stop was legal, Lewis argues that the search of his person and vehicle was unreasonable under Terry v. Ohio, 392 U.S. 1 (1968).

Without a possessory interest in the vehicle, Lewis lacked standing to complain of its search. See United States v. Elwood, 993 F.2d 1146, 1151 (5th Cir. 1993). Thus, the district court correctly refused to suppress the pistol found in the car. Lewis

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

also provides no persuasive argument that district court should have suppressed his pre-arrest statement acknowledging ownership of the pistol.  See United States v. Landry, 903 F.2d 334, 337 (5th Cir. 1990).  Finally, while Lewis complains of the search of his person, that search did not uncover any evidence.

AFFIRMED.